■ JAMES COLGAN, as Parent and Guardian of DAVID COLGAN, an Infant, Appellant, v BROOME COUNTY et al., Respondents. [638 NYS2d 930]

Mikoll J. P., Mercure, Yesawich Jr., Peters and Spain, JJ., concur. Ordered that the order and judgment are affirmed, with costs.